## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TILDEN B. LINKER** | : | Case No. 3:17-cv-00027-TMR |
| Plaintiff, | : | (JUDGE THOMAS M. ROSE) |
| v. | : | **NOTICE OF APPEARANCE** |
| **THE CONNOR GROUP** | : | |
| Defendant. | : | |

Stephen A. Watring and Matthew J. Bakota, of Dunlevey, Mahan & Furry, hereby give notice of their appearance as attorneys for Defendant in this matter.

    Respectfully submitted,

    s/Stephen A. Watring
    Stephen A. Watring (0007761)
    Matthew J. Bakota (0079830)
    DUNLEVEY, MAHAN & FURRY
    110 North Main Street, Suite 1000
    Dayton, Ohio 45402
    Ph: (937) 223-6003/Fax: (937) 223-8550
    Email: saw@dmfdayton.com;
    mjb@dmfdayton.com
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 30, 2017, a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                     s/Stephen A. Watring
                                                     Stephen A. Watring (0007761)