# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **TILDEN B. LINKER** : | |
| : | **Case No.** 3:17-cv-00027-TMR |
| Plaintiff, : | |
| : | |
| v. : | **JUDGE THOMAS M. ROSE** |
| : | |
| **THE CONNOR GROUP** : | |
| : | |
| Defendant. : | |
| : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss the above captioned matter without prejudice. Dismissal without prejudice is appropriate in this case because Plaintiff has become unresponsive. Each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Bradley L. Gibson | /s/ Stephen A Watring (per authorization) |
| Bradley L. Gibson (0085196) | Stephen A. Watring (0007761) |
| **GIBSON LAW, LLC** | AUMAN, MAHAN, & FURRY |
| 9200 Montgomery, Rd., Suite 11A | 110 North Main Street, Suite 1000 |
| Cincinnati, OH 45242 | Dayton, OH 45402 |
| (brad@gibsonemploymentlaw.com) | (saw@amfdayton.com) |
| 513-834-8254 (Phone) | 937-223-6003 (Phone) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, a copy of the foregoing Stipulation of Dismissal was served via email upon Defendant's counsel.

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)